HUNT v. LEWIS.

Upon an appeal from the judgment of a justice of the peace, the defendant, if he reduces the justice's judgment more than 5 dollars, is entitled, under the R. S. 1843, to a judgment for costs.

*Tuesday,
May 31.*

ERROR to the *Ohio* Circuit Court.

DAVISON, J.—*Lewis* sued *Hunt* before the mayor of *Rising Sun*, who was *ex officio* a justice of the peace, and recovered judgment for 25 dollars and 50 cents. *Hunt* appealed. In the Circuit Court *Lewis* remitted 5 dollars and 15 cents of the judgment before the mayor. The cause was submitted to a jury. Verdict in favor of *Lewis* for 11 dollars and 57 cents, and judgment against *Hunt* for that sum and costs of suit. This judgment for costs is erroneous. The amount recovered before the mayor was reduced, upon the appeal, more than 5 dollars. *Hunt* was, therefore, entitled to a judgment for costs. R. S. 1843, c. 47, s. 175.—2 Ind. R. 288.—8 Blackf. 589.

*Per Curiam.*—So much of the judgment as gives costs to the plaintiff below, is reversed, with costs. Cause remanded with directions to the Circuit Court to render judgment for costs in favor of the defendant below.

*J. W. Spencer* and *E. Coburn*, for the plaintiff.